AO 257 (REV. 6/78)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [x] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**

Felix Recio /S/ — U.S. MAGISTRATE JUDGE
Southern District of Texas
Brownsville, Texas

**OFFENSE CHARGED**

Knowingly and unlawfully was present in the United States after having been previously denied admission, excluded, deported, and removed.

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

U.S. vs DEFENDANT
Emmanuel TORRES-Lara

United States District Court
Southern District of Texas
FILED
FEB 0 6 2010
Clerk of Court

B-10-140-MJ

**Place of offense:** near Sarita, Texas

8 USC 1326

Address:
Birth Date: (Optional unless a juvenile)
[X] Male   [ ] Female
[X] Alien (If applicable)

### PROCEEDINGS

**Name of Complainant Agency, or Person (& Title if any)**

United States Border Patrol
Brownsville, Texas

[ ] person is waiting trial in another Federal or State Court, give name of court.

[ ] this person/proceedings is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District.

[ ] this is a re-prosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y  [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**

1) [ ] Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summon was served on above charges.
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Bond from (Show District)

**IS IN CUSTODY**

4) [X] On this charge
5) [ ] On another conviction  [ ] Federal  [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? [X] Yes  [ ] No   If "Yes" give date filed: 2/8/2010

**DATE OF ARREST:** Month February  Day 04  Year 2010

**DATE TRANSFERRED TO U.S. CUSTODY:** Month __  Day __  Year __

**Name and Office of Person Furnishing Information on THIS FORM:**
Juan F. Hernandez
U.S. Border Patrol
Brownsville, Texas

**Name of Asst. U.S. Att'y (if assigned):**

[ ] U.S. Att'y  [ ] Other U.S. Agency

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

Detainer Filed on: **February 8, 2010**

U. S. GOVERNMENT PRINTING OFFICE : 1982 0 - 374 410