United States District Court
Southern District of Texas
FILED

FEB 0 8 2010

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | WAIVER OF PRELIMINARY EXAMINATION |
| VS. | * | (Rule 5, Fed. R. Crim. P.) |
| EMMANUEL TORRES-LARA | * | Case No. B-10-0140-MJ |

I, **EMMANUEL TORRES-LARA,** charged in a **complaint** pending in this District with **Unlawful Re-entry After Deportation,** in violation of **8 U.S.C. § 1326(a) and 1326(b),** and having appeared before this Court and been advised of my rights as required by Rule 5, Fed. R. Crim. P., including my right to a preliminary examination, do hereby waive my right to a preliminary examination.

_____
Defendant

_____
Counsel for Defendant
Reynaldo S. Cantu

DATE: _2/8/10_